UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY FRANCIS FISHER,<br><br>             Plaintiff,<br><br>      v.<br><br>MICHAEL PLANET, et al.,<br><br>             Defendants. | Case No.  14-cv-01475-WHO (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff's claims arise from events that occurred in Ventura County, which lies in the Central District of California. Accordingly, this federal civil rights action is TRANSFERRED to the Central District of California, wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred, and the defendants named reside, in that district. *See* 28 U.S.C. §§ 84(c), 1391(b), and 1406(a). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** April 2, 2014

WILLIAM H. ORRICK
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GARY FRANCIS FISHER,

        Plaintiff,

  v.

MICHAEL PLANET et al,

        Defendant.

Case Number: CV14-01475 WHO

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 2, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.

Gary Francis Fisher F85263
California Health Care Facility DA-5-111
P.O. Box 32080
Stockton, CA 95213

Dated: April 2, 2014

Richard W. Wieking, Clerk
By: Jean Davis, Deputy Clerk